B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois  
**Case No. 13−45825**  
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Amy Cassman  
   741 Shady Grove Lane  
   Buffalo Grove, IL 60089

Social Security / Individual Taxpayer ID No.:  
   xxx−xx−6317

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                            FOR THE COURT

Dated: March 11, 2014                    Jeffrey P. Allsteadt, Clerk  
                                         United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-45825-ABG
Amy Cassman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 2    Date Rcvd: Mar 11, 2014
                 Form ID: b18    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2014.

```
db          +Amy Cassman,    741 Shady Grove Lane,    Buffalo Grove, IL 60089-1424
21268769    +Americash Loans, LLC,    c/o MIgdal Law Group, LLP,    PO Box 64600,    Chicago, IL 60664-0600
21268771    +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza, Suite 1932,    Chicago, IL 60654-1420
21268773    +Cardiothoracic Vascular Surgens,    4400 W. 95th Street,    Suite 205,    Oak Lawn, IL 60453-2658
21268775    +Chase Receivables,    1247 Broadway Boulevard,    Sonoma, CA 95476-7503
21268779    +CybrCollect, Inc.,    2350 South Avenue,    Suite 101,    La Crosse, WI 54601-6272
21268778    +Cybrcollect,    Po Box 1145,    La Crosse, WI 54602-1145
21268781     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21268782    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21268783   ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management,    1130 Northchase Parkway, Suite 150,
               Marietta, GA 30067)
21268784    +Grove Landscaping,    c/o Activity Collection Services, Inc.,    664 Milwaukee Avenue,
               Prospect Heights, IL 60070-2300
21268786   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    PO Box 19035,
               Springfield, IL 62794)
21268785     Illinois Department of Revenue,    Po Box 64338,    Chicago, IL 60664-0338
21268788     Jeffrey Glass, MD,    1160 Parkane W. #N,    Highland Park, IL 60035
21268791    +Peapod,    1325 Ensell Road,    Lake Zurich, IL 60047-1535
21268792    +Peapod, LLC,    9933 Woods Drive,    Skokie, IL 60077-1049
21268793     Phyllis Rose,    c/o Law Offices of Julie Ann Jelinek,    919 Toft Avenue,
               Antioch, IL 60002-1461
21268794     Pinnacle Credit Services,    7900 Minnesota 7,    Minneapolis, MN 55426
21268796    +Salute/Utb,    Attn:Card Member Services,    Po Box 105555,    Atlanta, GA 30348-5555
21268795    +Salute/Utb,    Attn:Card Memeber Services,    Po Box 105555,    Atlanta, GA 30348-5555
21268797    +The Bureau's Inc.,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
21268799    +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21268801    +Vicky's Polish Cleaning Service,    1484 Sandburg Drive,    Schaumburg, IL 60173-2182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21268770     Fax: 800-295-3568 Mar 12 2014 03:51:19     AmeriLoan,    3531 P Street NW,    Miami, OK 74355
21268768    +EDI: AMERCOLLECT.COM Mar 12 2014 01:23:00      Acc International,    919 Estes Court,
               Schaumburg, IL 60193-4427
21268772    +EDI: BANKAMER2.COM Mar 12 2014 01:23:00      Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,    Charlotte, NC 28255-0001
21268774    +EDI: CHASE.COM Mar 12 2014 01:23:00      Chase *,    ATTN: Bankruptcy Department,    P.O. Box 15298,
               Wilmington, DE 19850-5298
21268776    +EDI: CMIGROUP.COM Mar 12 2014 01:23:00      Comcast,    c/o Credit Management,
               4200 International Parkway,    Carrollton, TX 75007-1912
21268777    +EDI: CMIGROUP.COM Mar 12 2014 01:23:00      Credit Management, LP,    4200 International Parkway,
               Carrollton, TX 75007-1912
21268787     EDI: IRS.COM Mar 12 2014 01:23:00      Internal Revenue Service,    Po Box 7346,
               Philadelphia, PA 19101-7346
21268789    +EDI: MID8.COM Mar 12 2014 01:23:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
21268798     EDI: TFSR.COM Mar 12 2014 01:23:00      Toyota Motor Credit,    Toyota Financial Services,
               PO Box 8026,    Cedar Rapids, IA 52408
21268800    +EDI: AFNIVZWIRE.COM Mar 12 2014 01:23:00      Verizon Wireless*,    PO BOX 3397,
               Bloomington, IL 61702-3397
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21268790     Mitchell T. Cassman
21268780   ##+Dependon Collection Service,    120 W 22nd Street, # 360,    Oak Brook, IL 60523-4070
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Mar 11, 2014
                              Form ID: b18             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2014 at the address(es) listed below:
              Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Penelope N Bach    on behalf of Debtor Amy  Cassman pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com
                                                                                            TOTAL: 3
```